IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PENNY R. DERREJA,

        Plaintiff,                         No. CIV S-09-1964 DAD

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,        <u>ORDER</u>

        Defendant.

_____/

        On July 17, 2009, plaintiff filed a complaint and paid the filing fee. On the same date, the Clerk issued a summons along with a scheduling order requiring plaintiff to complete service of process within 20 days and requiring defendant to file a response within 90 days after service of the complaint. Defendant's response appears to be overdue. Good cause appearing, IT IS ORDERED that plaintiff's counsel shall file a declaration within fifteen days after this order is filed stating the date on which service of process was completed and stating whether defendant has been in contact with her concerning this matter.

DATED: November 13, 2009.

                                                    /s/ Dale A. Drozd
                                                    DALE A. DROZD
DAD:kw                                               UNITED STATES MAGISTRATE JUDGE
Ddad1/orders.socsec/derreja1964.osc.ftp