BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY R. DERREJA )<br>)<br>)<br>)<br>  Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL J. ASTRUE )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>  Defendant.  )<br>)<br>_____ ) | Case No.  CIV-09-1964 KJN<br><br>[~~PROPOSED~~] **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended April 26, 2010, to July 9, 2010.   This is plaintiff's first request for an extension and it is required due to Plaintiff's counsel's impacted briefing schedule.

////

////

////

////

////

////

1

| | | |
|---|---|---|
| Dated: April 26, 2010 | | /s/Bess M. Brewer |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |
| | | |
| Dated: April 27, 2010 | | Benjamin B. Wagner |
| | | United States Attorney |
| | | |
| | | /s/ Kathyrn Watson |
| | | KATHYREN WATSON |
| | | Special Assistant U.S. Attorney |
| | | Social Security Administration |
| | | |
| | | Attorney for Defendant |

## ORDER

Pursuant to the parties' stipulation, plaintiff shall file a motion for summary judgment, if any, on or before July 9, 2010. The court's scheduling order shall be amended accordingly.

Plaintiff will not be granted further extensions of time to file a motion for summary judgment absent a showing of good cause. The undersigned recognizes the burden on counsel to manage an active case load and prepare motions for summary judgment in fact-intensive cases such as this one. Nevertheless, plaintiff's reliance on her attorney's impacted briefing schedule as the basis for any further request for an extension of time will not necessarily constitute, by itself, good cause for such an extension.

IT IS SO ORDERED.

DATED: April 28, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2